UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLTON X. MATHEWS,

    Plaintiff,

v.                                                         Case No. 3:23cv10264-LC-HTC

W. WALTERS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on December 4, 2023 (ECF No. 42), which recommended granting Defendants' motion to dismiss and dismissing this case without prejudice due to Plaintiff's failure to exhaust his administrative remedies. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (ECF No. 42) is adopted and incorporated by reference in this order.

2.	Defendants' motion to dismiss (ECF No. 29) is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to exhaust his administrative remedies.

3.	The clerk shall close the file.

**DONE AND ORDERED** this 22nd day of December, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**